Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

WALTER DAVENPORT,      )
                       )        Civil No. 04-6225-AA
            Plaintiff, )
                       )
    vs.                )
                       )    ORDER FOR PAYMENT OF ATTORNEY'S
JO ANNE B. BARNHART,   )        FEES PURSUANT TO EAJA
Commissioner of Social Security, )
                       )
            Defendant. )
_____)

After considering the stipulated Motion for entry of an order awarding attorney's fees
submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted
in the sum of $4,179.63 as full settlement of any and all claims for attorney fees under EAJA.
There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 28 day of October, 2005.

_____
Ann Aiken
U.S. District Judge

PRESENTED BY:

By: _____
Kathyn Tassinari,
OSB #80115
Of Attorneys for the Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA